■ In the Matter of CAROL S. FISH, Respondent, v COREY FISH, Appellant. [643 NYS2d 410]

The appellant failed to assert the defense of lack of personal jurisdiction in the answer which he served or, for that matter, at any time during the proceedings before the Hearing Examiner. Consequently, he waived his jurisdictional objection.

The appellant's claims regarding visitation were not part of the support proceeding and cannot be reviewed on this appeal. His remaining contentions are without merit. Mangano, P. J., Sullivan, Altman and Hart, JJ., concur.